IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DENNIS STELLA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| | ) | (JURY TRIAL DEMANDED) |
| UNITED STATES POSTAL SERVICE, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**COMPLAINT AT LAW**

Plaintiff, DENNIS STELLA, through his attorneys, CAVANAGH LAW GROUP, complaining of Defendant, UNITED STATES POSTAL SERVICE, alleges as follows:

**PARTIES**

1. Plaintiff, DENNIS STELLA, is a resident of Illinois and resides at 1698 Shirley Drive, in Calumet City, 60409.

2. The United States Postal Service (hereinafter "USPS") is a federal government agency that falls within the Federal Tort Claims Act, 28 U.S.C. 1346(b) and 2679, and the remedies provided therein shall be exclusive.

3. On June 9, 2021, and at all times relevant herein, Devin Cole was a federal employee with the USPS, and resided at 8210 Eberhart Avenue, in Chicago, Illinois 60619.

**JURISDICTION**

4. Plaintiff brings this cause of action against the USPS for a June 9, 2021 motor vehicle crash, wherein he was struck by a USPS vehicle and caused to suffer personal and pecuniary injuries. Plaintiff is seeking monetary damages for his injuries, harms and losses.

1

5. On April 29, 2022, Plaintiff, DENNIS STELLA, submitted a Standard Form 95 to Chief Counsel, Torts, at the USPS National Tort Center according to the administrative requirements under the Federal Tort Claims Act. The deadline for administrative adjudication for this claim was November 3, 2022. The USPS has not rendered an administrative determination on Plaintiff's claim and the six month period has expired.

6. Federal jurisdiction is proper in this case under the Federal Tort Claims Act, 28 U.S.C. 1346(b) and 2679.

7. Venue is properly located in the United States District Court of Illinois, Eastern Division, in that the June 9, 2021 motor vehicle collision occurred with the Eastern District of Illinois.

### COUNT I – NEGLIGENCE – USPS – *RESPONDEAT SUPERIOR*

8. On June 9, 2021, and at all times relevant hereto, 167th Street was a public roadway traveling in a generally east/west direction at or near its intersection with Wentworth Avenue in Calumet City, Illinois.

9. On June 9, 2021, and at all times relevant hereto, Wentworth Avenue was a public roadway traveling in a generally north/south direction at or near its intersection with 167th Street in Calumet City, Illinois.

10. On June 9, 2021, and at all times relevant hereto, USPS was the owner of the 2021 RAM Promaster 2500 operated by Devin Cole.

11. On June 9, 2021, and at all times relevant hereto, Devin Cole operated the 2021 RAM Promaster 2500 under the authority and control of her employer, USPS.

12. On June 9, 2021, and at all times relevant hereto, Devin Cole was the duly authorized agent of USPS, acting within the scope of her agency at the time and place of the aforesaid collision.

13. On June 9, 2021, and at all times relevant hereto, Devin Cole was the duly authorized employee of USPS, acting within the scope of her employment at the time and place of the aforesaid collision.

14. On June 9, 2021, and at all times relevant hereto, Plaintiff, DENNIS STELLA, operated his vehicle in an eastbound direction on 167th Street at or near its intersection with Wentworth Avenue in Calumet City, Illinois.

15. On June 9, 2021, and at all times relevant hereto, Devin Cole operated her USPS vehicle in a parking lot located on the southside of 167th Street, immediately adjacent to the eastbound traffic lanes at or near its intersection with Wentworth Avenue, Calumet City, Illinois.

16. On June 9, 2021, and at all times relevant hereto, Devin Cole drove her USPS vehicle out of the parking lot and into the eastbound lanes of 167th Street in anticipation of making a left-hand turn onto westbound 167th Street, immediately in front of the vehicle operated by the Plaintiff, DENNIS STELLA.

17. On June 9, 2021, and at all times relevant hereto, it was the duty of Devin Cole to exercise reasonable care in the operation of her motor vehicle in a manner so as not to negligently cause injury to persons lawfully on the public roadway, including DENNIS STELLA.

18. On June 9, 2021, and at all times relevant hereto, it was the duty of USPS, by and through its agent or employee, Devin Cole, to exercise reasonable care in the operation of her motor vehicle in a manner so as not to negligently cause injury to persons lawfully on the public roadway, including DENNIS STELLA.

19. At the time and place aforesaid, Defendant, USPS, by and through its agent or employee, Devin Cole, was negligent in one or more of the following respects:

    a. Failed to maintain proper control over her vehicle in violation of 625 ILCS 5/11-904;

b. Failed to keep and maintain a proper lookout for other cars on the roadway;

c. Entered the traffic lanes for 167th Street when it was not safe to do so in violation of 625 ILCS 5/11-709(a);

d. Operated her vehicle while she was distracted; and

e. Failed to warn Plaintiff that she intended to enter the eastbound traffic lanes of 167th Street prior to exiting the parking lot.

20. As a direct and proximate result of one or more of the aforesaid acts or omissions of Defendant, USPS, by and through its agent or employee, Devin Cole, Plaintiff, DENNIS STELLA, sustained severe injuries of a personal and pecuniary nature.

WHEREFORE, Plaintiff, DENNIS STELLA, prays that judgment be entered in his favor against Defendant, UNITED STATES POSTAL SERVICE, in an amount in excess of the jurisdictional limits of United States District Court, Eastern Division, plus costs.

## COUNT II – NEGLIGENCE – USPS

21. On June 9, 2021, and at all times relevant hereto, 167th Street was a public roadway traveling in a generally east/west direction at or near its intersection with Wentworth Avenue in Calumet City, Illinois.

22. On June 9, 2021, and at all times relevant hereto, Wentworth Avenue was a public roadway traveling in a generally north/south direction at or near its intersection with 167th Street in Calumet City, Illinois.

23. On June 9, 2021, and at all times relevant hereto, USPS was the owner of the 2021 RAM Promaster 2500 operated by Devin Cole.

24. On June 9, 2021, and at all times relevant hereto, Devin Cole operated the 2021 RAM Promaster 2500 under the authority and control of her employer, USPS.

25. On June 9, 2021, and at all times relevant hereto, Devin Cole was the duly authorized agent of USPS, acting within the scope of her agency at the time and place of the aforesaid collision.

26. On June 9, 2021, and at all times relevant hereto, Devin Cole was the duly authorized employee of USPS, acting within the scope of her employment at the time and place of the aforesaid collision.

27. On June 9, 2021, and at all times relevant hereto, Plaintiff, DENNIS STELLA, operated his vehicle in an eastbound direction on 167th Street at or near its intersection with Wentworth Avenue in Calumet City, Illinois.

28. On June 9, 2021, and at all times relevant hereto, Devin Cole operated her USPS vehicle in a parking lot located on the southside of 167th Street, immediately adjacent to the eastbound traffic lanes at or near its intersection with Wentworth Avenue, Calumet City, Illinois.

29. On June 9, 2021, and at all times relevant hereto, Devin Cole drove her USPS vehicle out of the parking lot and into the eastbound lanes of 167th Street in anticipation of making a left-hand turn onto westbound 167th Street, immediately in front of the vehicle operated by the Plaintiff, DENNIS STELLA.

30. On June 9, 2021, and at all times relevant hereto, it was the duty of USPS to exercise reasonable care in the hiring and retention of Devin Cole to operate the 2021 RAM Promaster 2500.

31. At the time and place aforesaid, Defendant, USPS, was negligent in one or more of the following respects:

    a. Allowed Devin Cole to operate the 2021 RAM Promaster 2500, when it knew or reasonably should have known that Devin Cole was unfit to operate the vehicle;

    b. Failed to properly train Devin Cole to safely operate the 2021 RAM Promaster 2500;

    c. Failed to supervise Devin Cole when necessary or reasonable to do so to ensure the safety and compliance with motor vehicle code; and

      d.      Allowed Devin Cole to operate the 2021 RAM Promaster 2500 while she was distracted.

32.    As a direct and proximate result of one or more of the aforesaid acts or omissions of Defendant, USPS, Plaintiff, DENNIS STELLA, sustained severe injuries of a personal and pecuniary nature.

WHEREFORE, Plaintiff, DENNIS STELLA, prays that judgment be entered in his favor against Defendant, UNITED STATES POSTAL SERVICE, in an amount in excess of the jurisdictional limits of United States District Court, Eastern Division, plus costs.

                                            /s/ Marc E. McCallister
                                            Attorney for Plaintiff

Marc E. McCallister
CAVANAGH LAW GROUP
161 N. Clark St.
Suite 2070
Chicago, IL 60601
(312) 425-1900
mem@CavanaghLawGroup.com
Attorney No.: 6286826